MARK S. SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT  59103
2929 Third Ave. N.
Billings, MT  59101
Phone:  (406) 657-6101
FAX:  (406) 657-6989
Email:  Mark.Smith3@usdoj.gov

GEORGIANN G. CERESE
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Crimes Section
P.O. Box 7611
Washington, D.C.  20044
Phone:  (202) 305-0321
Fax:  (202) 305-0396
Emails:  georgiann.cerese@usdoj.gov





ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

1

| UNITED STATES OF AMERICA, | CR 12 - 39 - BLG - RFC |
|---|---|
| **Plaintiff,** | **INDICTMENT** |
| vs. | **MIGRATORY BIRD TREAT ACT (Count I)** 16 U.S.C. §§ 703(a), 707(b)(2) (Penalty: Two years imprisonment, $250,000 fine, and one year supervised release.) |
| STEVEN PATRICK GARCIA, JR., **Defendant.** | |
| | **LACEY ACT (Count II)** 16 U.S.C. §§ 3372(a)(1), 3373(d)(1)(B) (Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or around December 2, 2008, at or near Lame Deer, in the District of Montana and elsewhere, the defendant, STEVEN PATRICK GARCIA, did knowingly and unlawfully offer for sale and sell migratory bird parts, namely, golden eagle and hawk feathers, in violation of Title 16, United States Code, Sections 703(a) and 707(b)(2).

///

///

2

## COUNT II

That on or around February 25, 2009, at or near Lame Deer, in the District of Montana and elsewhere, the defendant, STEVEN PATRICK GARCIA, did knowingly engage in conduct that involved the offer of sale and sale of wildlife with a market value in excess of $350.00, namely, golden eagle feathers, and did knowingly sell said wildlife, knowing that said wildlife was taken and possessed in violation of and in a manner unlawful under the laws and regulations of the United States, specifically Title 16, United States Code, Sections 703 and 707, all in violation of Title 16, United States Code Sections 3372(a)(1) and 3373(d)(1)(B), and Title 18, United States Code, Section 2.

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

_____
KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons ✓ _____

Warrant: _____

Bail: _____

Summons Date
May 17, 2012
@ 10:00 am
Judge Ostby

3